# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2014

148059

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

STATE TREASURER,
          Plaintiff-Appellee,

v

                                        SC: 148059
                                        COA: 318131
                                        Genesee CC: 12-099423-CZ

DAVID K. HUTCHESON,
          Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 6, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2014



h0519

                         Clerk